IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

COLBY LEE RAMOS,

          Plaintiff,

    v.

MULTNOMAH COUNTY INVERNESS
JAIL, et al.,

        Defendants.

Case No. 3:17-cv-02061-MO

ORDER TO DISMISS

MOSMAN, District Judge.

Plaintiff filed this prisoner civil rights case on December 28, 2017. She sought leave to amend her Complaint, which the Court granted on April 2, 2018, advising her of certain requirements to meet minimal pleading standards. Plaintiff's Second Amended Complaint did not meet those standards, prompting the Court to summarily dismiss the pleading with leave to amend one final time. The Court expressly advised Plaintiff that if she failed to name all Defendants in the caption of her

1 - ORDER TO DISMISS

pleading, and failed to describe how those named Defendants personally participated in the deprivation of a federal right, the Court would dismiss her case.

This case now comes before the Court on Plaintiff's Fourth Amended Complaint wherein she names the Multnomah County Inverness Jail, the Multnomah County Detention Center, and Michael Reeves in the caption and, thus, the only Defendants to this action. She fails to make any allegations of municipal liability against the Multnomah County Inverness Jail or the Multnomah County Detention Center, *See Monell v. Department of Social Servs.,* 436 U.S. 658, 690-91 (1978), and makes no allegations whatsoever against Defendant Reeves.

Plaintiff makes claims against a variety of other individuals, but those individuals are not named as Defendants to this action despite the Court's repeated admonitions to Plaintiff that she properly name all Defendants in the caption of Complaints. Plaintiff also improperly repeats accusations pertaining to restrictions on her mail that are currently the subject of another pending civil rights action, *Ramos v. MCIJ, et al.,* 3:18-cv-00434-MO. Plaintiff cannot litigate the same claims in multiple cases. For all of these reasons, the Court

dismisses the Complaint for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2).

## CONCLUSION

Plaintiff's Fourth Amended Complaint (#18) is dismissed for failure to state a claim upon which relief may be granted. Where Plaintiff has had multiple opportunities to amend her pleadings in this case yet still fails to state a claim, the dismissal is without leave to amend, and with prejudice. Plaintiff's pending "Motion to Proceed in Abeyance" (#16) is denied.

IT IS SO ORDERED.

DATED this __25__ day of June, 2018.

Michael W. Mosman
United States District Judge